IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C

**ORDER TO SHOW CAUSE**

Kurt Arthur Kissinger - #144984

_____/

It appearing that Kurt Arthur Kissinger has been enrolled as an inactive member of the State Bar of California due to Rule 9.21 of the California Rules of Court and that pursuant to this provision, he may not practice law in the State of California effective June 11, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before October 28, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Kurt Arthur Kissinger
Law Office of Kurt A. Kissinger
P.O. Box 2492
Newport Beach, CA 92659