**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-08-800186 MISC VRW

Kurt Arthur Kissinger,
                                     ORDER
    State Bar No 144984
_____/

On September 18, 2008, the court issued an order to show cause (OSC) why Kurt Arthur Kissinger, should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension by the State Bar of California effective June 11, 2008. The OSC was mailed to the address of record with the State Bar for Mr Kissinger. Mr Kissinger has filed no response to the OSC.

The court now orders Kurt Arthur Kissinger, removed from the roll of attorneys authorized to practice before this court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Case Number: C 08-80186 MISC VRW

**CERTIFICATE OF SERVICE**

Kurt Arthur Kissinger,

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt Arthur Kissinger
Law Office of Kurt A Kissinger
P.O. Box 2492
Newport Beach, CA 92659

**November 24, 2008**

Richard W. Wieking, Clerk

By: *Cora Klein*

**Deputy Clerk**